No. 00A616. CORDERO *v.* UNITED STATES. Application for bail, addressed to JUSTICE GINSBURG and referred to the Court, denied.

No. D–2250. IN RE DISBARMENT OF DEAN. Herbert Wm. Dean, Jr., of Pinole, Cal., is suspended from the practice of law in this Court, and a rule will issue, returnable within 40 days, requiring him to show cause why he should not be disbarred from the practice of law in this Court.

No. D–2251. IN RE DISBARMENT OF BARRETT. Dennis Michael Barrett, of Murfreesboro, Tenn., is suspended from the practice of law in this Court, and a rule will issue, returnable within 40 days, requiring him to show cause why he should not be disbarred from the practice of law in this Court.

No. D–2252. IN RE DISBARMENT OF MCGEE. Paul McGee, of Atlanta, Ga., is suspended from the practice of law in this Court, and a rule will issue, returnable within 40 days, requiring him to show cause why he should not be disbarred from the practice of law in this Court.

No. D–2253. IN RE DISBARMENT OF SIEGFRIED. Stephen D. Siegfried, of Hampton Bays, N. Y., is suspended from the practice of law in this Court, and a rule will issue, returnable within 40 days, requiring him to show cause why he should not be disbarred from the practice of law in this Court.

No. 00M65. YOU ZHONG PENG *v.* UNITED STATES;

No. 00M66. DUSON *v.* CITY OF SAN DIEGO, CALIFORNIA, ET AL.;

No. 00M67. CARLSON *v.* BARNES; and

No. 00M69. SALEMO *v.* UNITED STATES. Motions to direct the Clerk to file petitions for writs of certiorari out of time denied.

No. 00–347. THE WHARF (HOLDINGS) LTD. ET AL. *v.* UNITED INTERNATIONAL HOLDINGS, INC., ET AL. C. A. 10th Cir. [Certiorari granted, *ante*, p. 978.] Motion of the Acting Solicitor General for leave to participate in oral argument as *amicus curiae* and for divided argument granted.